Form a0nproc5
(Rev. 07/12)

## United States Bankruptcy Court
### Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402–1819

In Re:  George H. Grassman
       Velma F. Grassman
            Debtor(s)

SSN/TAX ID:
      xxx–xx–2777
      xxx–xx–0712

Case No.: 3:04–bk–40625

Chapter:  13

Judge:  Lawrence S. Walter

### Notice of Failure to Comply With ECF Procedure 5 And
### Order Preserving Initial Filing Date Upon Timely Compliance

The following document(s) has(have) been scanned and therefore transmitted without complying with ECF Procedure 5, which requires all transmitted documents to contain Electronically Generated Text (ECF Procedure 5(a),(b)), with certain exceptions not applicable (ECF Procedure 5(c));

### Motion for Unclaimed Funds

For the document(s) to be effectively filed, the document(s) must be re−transmitted as Electronically Generated Text in compliance with ECF Procedure 5 not later than FOURTEEN (14) days from the date of this order. If the word "Substitute" is included in the title of the re−transmitted document(s), and the document is re−transmitted using the **"Substitute PDF"** docketing event, the date of the original transmission shall be deemed the filing date of the substitute document(s).

**IT IS SO ORDERED.**

Dated: February 6, 2013

**/s/ BY THE COURT**